IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RAFELLE HARRIS,

           Plaintiff,

v.                                   CIVIL ACTION NO. 3:06-0611

PRIME CARE MEDICAL OF
HARRISBURG, PENNSYLVANIA, et al.,

           Defendants.

**ORDER**

      This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendants' motions to dismiss and dismiss this action with prejudice. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendants' motions to dismiss and **DISMISSES** this action with prejudice, consistent with the findings and recommendation.

      The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                                             ENTER:      May 21, 2009

                                             ROBERT C. CHAMBERS
                                             UNITED STATES DISTRICT JUDGE